| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

RONALD WAYNE BUNTON, §
TDCJ 620942, §
        Plaintiff, §
 §
*versus* §     CIVIL ACTION H-09-4035
 §
SUSAN SIMMONS, ET AL., §
        Defendants. §

## Opinion on Dismissal

Ronald Wayne Bunton sues for civil rights violations. He is in the Harris County Jail. Bunton moves to proceed as a pauper. He has sued about twelve other times in district court. The district court dismissed four of these lawsuits as frivolous or for failure to state a claim recognized at law. *Bunton v. TDCJ*, 9:93cv190 (E.D. TX.); *Bunton v. Cox*, 6:95cv425 (E.D. TX.); *Bunton v. TDCJ*, 4:95cv844 (S.D. TX.), and *Bunton v. Diagnostic Unit*, 4:95cv1127 (S.D. TX.). When Bunton sued in these other cases, he was held in prison or jail. The district court dismissed these other cases before Bunton filed this case.

A prisoner may not bring a case in federal court as a pauper if, while incarcerated, he brought three actions which the court dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Bunton's allegations here do not show that he is under imminent danger of serious physical injury.

This complaint is dismissed. 28 U.S.C. § 1915(g). The clerk will send a copy to the District Clerk, 211 West Ferguson, Tyler, Texas 75702, Attention: Manager of the Three-Strikes List.

Signed _Jan. 22_, 2010, at Houston, Texas.

                                         Lynn N. Hughes
                                  United States District Judge